UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY BAKER, an individual

       Plaintiff,

v.                                           Case No:  2:17-cv-403-FtM-38MRM

ADVANCED IMAGING OF PORT
CHARLOTTE, LLC,

       Defendant.

                                                      /

## ORDER[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. 36), recommending that Plaintiff Jeffrey Baker's Motion for Attorney's Fees & Costs (Doc. 35) be granted.  No party has objected to the Report and Recommendation, and the period to do so has lapsed.  This matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  Absent specific objections, there is no requirement that a district judge review factual findings *de novo*, and the court may accept, reject, or modify the findings

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

in whole or in part. 28 U.S.C. § 636(b)(1); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). The district judge reviews legal conclusions *de novo*, even with no objection. *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Here, Judge McCoy found Plaintiff's request for $12,650.00 in attorney's fees (46 hours at a rate of $275.00 an hour) and $400.00 in costs to be reasonable. After independently examining the file and on consideration of Judge McCoy's findings and recommendation, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. 36) is **ACCEPTED AND ADOPTED**.

(1) Plaintiff Jeffrey Baker's Motion for Attorney's Fees & Costs (Doc. 35) is **GRANTED**, and Plaintiff is awarded $12,650.00 in attorney's fees and $400.00 in costs.

(2) The Clerk of the Court is **DIRECTED** to amend the judgment to include the amounts awarded herein.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of January, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record